JUL 1 2 2023

HEATHER S. WHITE (7674)
DANI N. CEPERNICH (14051)
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
hsw@scmlaw.com
dnc@scmlaw.com

*Attorneys for Defendants*

---

## UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SHAWN SIMS,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY YOUNG; ERWIN MANRIQUEZ; JORDAN NIELSEN; PEDRO OLIVAS; OGDEN CITY; OGDEN CITY POLICE DEPARTMENT,<br><br>Defendants. | **DEFENDANTS' OFFER OF JUDGMENT**<br><br><br>Case No. 1:23CV53 DAK JCB<br><br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Ogden City, Ogden City Police Department, Zachary Young, Erwin Manriquez, Jordan Nielsen, and Pedro Olivas (collectively referred to as Defendants) offer to allow judgment to be taken against them for Fifteen Thousand Dollars ($15,000.00) plus Plaintiff's reasonable costs and attorney fees incurred in pursuing his claims against Defendants through the date of this offer. This offer is not an admission of liability by Defendants, and any liability is expressly denied. This offer is

intended to reduce Defendants' potential responsibility for Plaintiff's costs and attorney fees, as provided by 42 U.S.C. §1988, in the event Plaintiff obtains judgment.

If this offer is not accepted within fourteen (14) days after service, the offer shall be deemed withdrawn and evidence thereof shall not be admissible except in a proceeding to determine costs and attorney fees.

DATED this 12th day of July, 2023.

SNOW CHRISTENSEN & MARTINEAU

/s/ Heather S. White
Heather S. White
Dani N. Cepernich
*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of July, 2023, I served a true and correct copy of

**DEFENDANTS' OFFER OF JUDGMENT** *via hand delivery and email* to the following:

> Robert B. Sykes
> C. Peter Sorensen
> Christina D. Isom
> SYKES MCALLISTER LAW OFFICES, PLLC
> 311 S. State Street, Suite 240
> Salt Lake City, Utah 84111
> bob@sykesmcallisterlaw.com
> pete@sykesmcallisterlaw.com
> christina@sykesmcallisterlaw.com
> *Attorneys for Plaintiff*

*/s/ Annette Gamero*

3