Robert B. Sykes (#3180)
C. Peter Sorensen (#16728)
Christina D. Isom (#17244)
**SYKES MCALLISTER LAW OFFICES, PLLC**
311 S. State Street, Suite 240
Salt Lake City, Utah 84111
Telephone No. (801) 533-0222
bob@sykesmcallisterlaw.com
pete@sykesmcallisterlaw.com
christina@sykesmcallisterlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SHAWN SIMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ZACHARY YOUNG, ERWIN MANRIQUEZ, JORDAN NIELSEN, AND PEDRO OLIVAS, Ogden City Police Officers; OGDEN CITY, by and through OGDEN CITY POLICE DEPARTMENT (OPD),<br><br>　　　　Defendants. | **JUDGMENT**<br>- - - - -<br>**On Rule 68 Offer of Judgment by Zachary Young, Erwin Manriquez, Jordan Nielsen, Pedro Olivas, Ogden City and Ogden City Police Department**<br><br>Civil No. 1:23-CV-00053-DK-JCB<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Jared C. Bennett |

　　　　Based upon the acceptance by Plaintiff of the Rule 68 Offer of Judgment by Defendants, as demonstrated by the written Notice of Acceptance received and reviewed by the Clerk,

1

2

**JUDGMENT IS HEREBY GRANTED** to Plaintiff against Defendants in the amount of Fifteen Thousand Dollars ($15,000.00). Reasonable costs and attorney fees are also awarded, but the amount will be determined by the Court at a later time.

DATED this _____ day of July, 2023.

By the Court:

_____
DALE A. KIMBALL
United States District Judge